Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
725 South Figueroa Street, Suite 3800,
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JANE DOE,

        Plaintiff,

    v.

COUNTY OF LOS ANGELES;
AARON TANNER, an Individual;
AND DOES 1 TO 100 Inclusive,

        Defendants.

FEDERAL CASE NO.:

STATE CASE NO.: 24STCV13350
[Exempt Pursuant to Cal. Gov. Code
§6103]

**NOTICE OF REMOVAL AND REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 AND 1446 (FEDERAL QUESTION) ON BEHALF OF DEFENDANT, COUNTY OF LOS ANGELES; DECLARATION OF BLESSING EKPEZU IN SUPPORT THEREOF**

[*Filed concurrently with Notice of Interested Parties*]

State Action Assigned to Hon. Barbara Ann Meiers, Department 12

Station Action Filed:   05/29/2024
Trial Date:         None Set

**TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, the COUNTY OF LOS ANGELES, hereby removes this action from the Superior Court of the County of Los Angeles to the United States District Court,

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

Central District of California, on the following basis:

1.    On May 29, 2024, Plaintiff, JANE DOE ("Plaintiff") filed a complaint in the Superior Court of the County of Los Angeles, in the action entitled *Jane Doe v. County of Los Angeles, et al.*, Case No. 24STCV13350. Plaintiff filed a First Amended Complaint ("FAC") on August 30, 2024. Decl. of Blessing Ekpezu ("Ekpezu Dec."), ¶ 4, Exh. A.

2.    Plaintiff served the Summons and FAC on Defendant, COUNTY OF LOS ANGELES (the "County") on September 9, 2024.  Ekpezu Dec., ¶ 5, Exh. A.

3.    The FAC alleges the following two (2) causes of action: (1) Deprivation of Civil Rights Under the Fourth and Fourteenth Amendment; and (2) Negligence.  Ekpezu Dec., ¶ 6.  Plaintiff alleges her First Cause of Action, a federal claim for civil rights violation under 42 U.S.C. section 1983, against the County. *Id.*

4.    Accordingly, the County removes this action on the basis of Federal Question Jurisdiction to this Court, pursuant to 28 U.S.C. section 1441(a), under which "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . ." 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 1446 (procedures for removal).  Venue is proper in this Court as the alleged wrongful conduct occurred in the County of Los Angeles.  28 U.S.C. §§ 84(c)(2), 1391, 1446.  Ekpezu Dec., ¶ 7.

5.    Further, this Court has jurisdiction over the remaining state law claim because all of Plaintiff's claims derive "from a common nucleus of operative fact." *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966); *see also* 28 U.S.C. §§ 1367(a) and 1441)(c).  Ekpezu Dec., ¶ 6.

6.    The County is filing this Notice of Removal with this Court less than thirty (30) days after Plaintiff served this Defendant with the operative Complaint, on September 9, 2024.  Ekpezu Dec. ¶ 8.

7.    The County is also filing this Notice of Removal in this Court, and in the Superior Court in the County of Los Angeles, where Plaintiff initially filed this

action.  Ekpezu Dec., ¶ 9.

DATED: October 8, 2024          HURRELL CANTRALL LLP


By:  /s/ Blessing O. Ekpezu
        THOMAS C. HURRELL
        BLESSING O. EKPEZU
        Attorneys for Defendant,
        COUNTY OF LOS ANGELES

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

## DECLARATION OF BLESSING EKPEZU

I, Blessing Ekpezu, declare:

1. I am an attorney at law, duly licensed to practice before this Court, and an associate attorney with Hurrell Cantrall LLP, attorneys of record for Defendant COUNTY OF LOS ANGELES (the "County").

2. The facts set forth herein are of my own personal knowledge and if called upon to testify to the truth thereof, I could and would competently do so.

3. I make this declaration in support of the County's Notice of Removal.

4. On May 29, 2024, Plaintiff, JANE DOE ("Plaintiff") filed a complaint in the Superior Court of the County of Los Angeles, in the action entitled *Jane Doe v. County of Los Angeles, et al.*, Case No. 24STCV13350. Plaintiff filed a First Amended Complaint ("FAC") on August 30, 2024.

5. Plaintiff served the Summons and FAC on the County on September 9, 2024. A true and correct copy of the Summons and Complaint are attached hereto as **Exhibit A**.

6. The FAC alleges the following two (2) causes of action: (1) Deprivation of Civil Rights Under the Fourth and Fourteenth Amendment; and (2) Negligence. Ekpezu Dec., ¶ 6. Plaintiff alleges her First Cause of Action, a federal claim for civil rights violation under 42 U.S.C. section 1983, against the County.

7. The wrongful conduct alleged in the Complaint occurred in the County of Los Angeles.

8. The County is filing this Notice of Removal with this Court less than thirty (30) days after Plaintiff served this Defendant with the operative Complaint, on September 9, 2024.

9. The County is also filing this Notice of Removal in this Court, and in the Superior Court in the County of Los Angeles, where Plaintiff initially filed this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2024 in Los Angeles, California.

*/s/ Blessing O. Ekpezu*

BLESSING EKPEZU

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000