Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, CA 90017-2710
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual, DOES 1-100 inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**JOINT APPENDIX OF EVIDENCE**<br><br>**Hearing Date: November 12, 2025**<br>**Time:　　　　1:30 p.m.**<br>**Venue:　　　Courtroom 5C**<br><br>[Assigned to Hon. Sherilyn Peace Garnett, Courtroom "5C"] |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　　　PLAINTIFF JANE DOE ("Plaintiff") and Defendant COUNTY OF LOS ANGELES (the "County") hereby submit the following Joint Appendix of Evidence pursuant to this Court's Standing Order re MSJ (Dkt. 22):

## JOINT APPENDIX OF EVIDENCE

| Exhibit # | Description of Evidence | Offered by: |
|---|---|---|
| Exh. 1 | Deposition Transcript of Plaintiff, Jane Doe. | Both Plaintiff and the County |
| Exh. 2 | Declaration of Deputy Christopher Deacon (hereinafter, "Deacon Decl.".) | The County |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| Exh. 2A | Los Angeles County Sheriff's Department ("LASD") Manual of Policy and Procedures Section 3-01/030.16 (Family Violence) | The County |
|---|---|---|
| Exh. 2B | LASD Manual of Policy and Procedures Section 5-09/250.00 (Ride-Along Program). | The County |
| Exh. 2C | LASD Manual of Policy and Procedures Section 3-01/050.82  (Law Enforcement Gangs and Hate Groups.) | The County |
| Exh. 3 | Declaration of  Yancely Welch | The County |
| Exh. 3D | Plaintiff's February 27, 2024 Government Claim | The County |
| Exh. 3E | Plaintiff's May 29, 2024 Amended Government Claim | The County |
| Exh. 4 | Declaration of Lindsay Yoshiyama | The County |
| Exh. 4F | The County's March 18, 2024 Letter. | The County |
| Exh. 4G | The County's April 25, 2024 Letter. | The County |
| Exh. 5 | Excerpts of Plaintiff's First Amended Complaint. | The County |
| Exh. 6 | Declaration of Vincent Miller | Plaintiff |
| Exh. 6A | Roger Clark's Expert Report | Plaintiff |
| Exh. 6B | [Intentionally left blank] | |
| Exh. 6C | Excerpts of the Civilian Oversight Commission testimony of Neal Tyler | Plaintiff |
| Exh. 7 | Declaration of Plaintiff, Jane Doe | Plaintiff |
| Exh. 8 | Non-Expert Declaration of Roger Clark in Opposition to Defendant County of Los Angeles' Motion for Summary Judgment. | Plaintiff |

| Exh. 9 | Declaration of Police Practices Expert Roger Clark in Opposition to Defendant County of Los Angeles' Motion for Summary Judgment | Plaintiff |
|---|---|---|
| Exh. 10 | Declaration of Sean Kennedy in Opposition to Defendant County of Los Angeles' Motion for Summary Judgment | Plaintiff |
| Exh. 10A | U.S. Department of Justice Report dated June 28, 2013 re Investigation of Los Angeles County Sheriff's Department Stations in Antelope Valley | Plaintiff |
| Exh. 10B | Photograph depicting Plaintiff and Tanner and showing tattoo on Tanner's leg. | Plaintiff |
| Exh. 10C | Report and Recommendations of the Special Counsel to Sheriff Civilian Oversignt Commission re Deputy Gangs and Cliques in the Los Angeles Sheriff's Department, dated February 2023. | Plaintiff |
| Exh. 11 | Declaration of Psychiatric Expert, George R. Elias, M.D. in Support of Plaintiff's Opposition to Motion for Summary Judgment. | Plaintiff |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

3

DATED:  October 17, 2025          HURRELL CANTRALL LLP


By:      /s/ Blessing O. Ekpezu
     THOMAS C. HURRELL
     BLESSING O. EKPEZU
     Attorneys for Defendant, COUNTY OF LOS ANGELES

DATED:  October 17, 2025          LAW OFFICES OF VINCENT MILLER


By:      /s/ Vincent Miller
     VINCENT MILLER
     Attorneys for PLAINTIFF, JANE DOE

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

4