Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, CA 90017-2710
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual, DOES 1-100 inclusive,<br><br>            Defendants. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**JOINT APPENDIX OF OBJECTIONS**<br><br>**Hearing Date: November 12, 2025**<br>**Time:**          **1:30 p.m.**<br>**Venue:**        **Courtroom 5C**<br><br>[Assigned to Hon. Sherilyn Peace Garnett, Courtroom "5C"] |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff JANE DOE (Plaintiff") and Defendant COUNTY OF LOS ANGELES ("County") hereby submit the following Joint Appendix of Objections pursuant to this Court's Standing Order re MSJ (Dkt. 22):

| No. | Objector | Evidence | Objection (O) / Response (R) | Ruling |
|---|---|---|---|---|
| 1. | The County | Exh. 6 – Declaration of Vincent Miller at ¶ 2. | O: No personal knowledge (FRE 602); Lacks foundation (FRE | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 9001 7-2710
TELEPHONE   (213) 426-2000

| | | | | |
|---|---|---|---|---|
| | | | 901).<br><br>R: | |
| 2. | The County | Exh. 6A - Roger Clark's Expert Report. | O: Lacks foundation (FRE 901); Inadmissible hearsay (FRE 801–802); Improper legal conclusions (FRE 702); Irrelevant and speculative (FRE 401–402); Unfairly prejudicial (FRE 403.)<br><br>R: | S / O |
| 3. | The County | Exh. 6C – The entirety of the Excerpts of the Civilian Oversight Commission testimony of Neal Tyler. | O: Lacks foundation (FRE 901); Inadmissible hearsay (FRE 801–802); Irrelevant and speculative (FRE 401–402); Unfairly prejudicial (FRE 403.) | S / O |

2

| | | | | R: | |
|---|---|---|---|---|---|
| 4. | The County | Exh. 7 – The entirety of the Declaration of Plaintiff, Jane Doe. | O: Constitutes a sham affidavit as it directly contradicts Plaintiff's deposition testimony in many respects (See *Yeager v. Bowlin*, 693 F.3d 1076, 1080 (9th Cir. 2012); contains improper lay opinions; lacks foundation (FRE 602); contains inadmissible hearsay (FRE 802); and contains irrelevant matters (FRE 402.)

R: | S / O |
| 5. | The County | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶¶ 3-4. | O: Inconsistent with prior sworn testimony; lacks foundation (FRE 602). Plaintiff purports to describe the LASD Ride- | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

3

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

| | | | | |
|---|---|---|---|---|
| | | | Along Program's rules and purpose without personal knowledge or supporting documents. She is not competent to testify about LASD policies. In deposition, she described the circumstances re the ride-alongs with Tanner which are in direct contrast with her assertions here. (See JAF 34-36 and the County's response to JAF 71, 73, 74, 75.)  R: | |
| 6. | The County | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶¶ 9-14. | O: Inconsistent with prior sworn testimony; Speculative and lacks foundation (FRE | S / O |

4

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE    (213) 426-2000

| | | | 602). |  |
| --- | --- | --- | --- | --- |
| | | | In deposition, Plaintiff testified that all on-duty incidents happened at their home during lunch breaks (JAF 38-39) and that the off-duty incidents happened at bars, hotels, private vehicles, and their home. (JAF 9-10, 13-14, 20, 31.) She admitted that no county employee knew about the alleged abuse until the summer of 2023, long after their breakup. (JAF 30, 40, 51-55.) Plaintiff's assertion that supervisors "repeatedly saw" her and "no one ever objected" lacks foundation and is | |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| | | | speculative as to supervisors' knowledge or authority. R: | |
|---|---|---|---|---|
| 7. | The County | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶¶ 15, 17, 19. | O: Inconsistent with prior sworn testimony; speculative; lacks foundation (FRE 602.) Same grounds as in Obj. # 5-6 above. R: | S / O |
| 8. | The County | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶¶ 20-24, 29. | O: Hearsay (FRE 802); speculative; lacks foundation (FRE 602); constitutes improper lay opinion. Assertions that Tanner was a gang leader, that the tattoo signified gang | S / O |

6

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| | | | | |
|---|---|---|---|---|
| | | | membership, that the gang committed crimes and that supervisors deferred to him, are based solely on Tanner's alleged out-of-court-statements, not Plaintiff's firsthand knowledge. (FRE 602, 802.)<br><br>R: | |
| 9. | The County | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶¶ 24-25. | O: Speculative; lacks foundation (FRE 602). Statements that "deputies could see Tanner was being abusive" and did nothing to help, is speculative. Plaintiff cannot testify as to what others felt or appeared to think.<br><br>R: | S / O |

| 10. | | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶¶ 30-32. | O: Inconsistent with prior sworn testimony; speculative and lacks foundation; irrelevant. Plaintiff testified that she did not hear what the dispatcher said, and that they left the scene a few minutes after the incident.(JAF 24-25.)<br><br>R: | S / O |
| 11. | The County | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶¶ 35-37. | O: Inconsistent with prior sworn testimony; speculative and lacks foundation. These involve post-termination conduct irrelevant to County liability. Plaintiff admitted at deposition that she never saw the alleged | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| | | | | |
|---|---|---|---|---|
| | | | surveillers and does not know if they're affiliated with the County. R: | |
| 12. | The County | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶¶ 38-46. | O: Inconsistent with prior sworn testimony; speculative; lack foundation; irrelevant. These assertions are irrelevant to the issues in this action. They recount alleged hearsay statements by LASD personnel (Volk, Marion, Jara). Plaintiff is not competent to testify about internal investigations or other employees' motives. R: | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| 13. | The County | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶ 47. | O: Lack of foundation; hearsay; speculative.  R: | S / O |
| 14. | The County | Exh. 7 – Declaration of Plaintiff, Jane Doe at ¶¶ 48-49. | O: Improper Lay Opinion; Improper legal conclusion; Speculative; Irrelevant.  R: | S / O |
| 15. | The County | Exh. 10 – The entirety of the Declaration of Sean Kennedy | O: Unsigned, thus incompetent evidence. (See *Zarian v. Legere*, 2020 WL 10622584, at *2 (C.D.Cal., 2020) "An unsigned declaration is of no effect; it is certainly not evidence."); lacks foundation; replete with hearsay; speculative; contains improper legal conclusions. (FRE | S / O |

10

| | | | | |
|---|---|---|---|---|
| | | | 602, 701, 702, 802; Fed. R. Civ. P. 56(c)(4).) | |
| 16. | The County | Exh. 10 – Declaration of Sean Kennedy at ¶ 3. | O: Lack of foundation; speculation; improper lay opinion; improper legal conclusion. Kennedy is not a designated expert nor is he a percipient witness to the events in this case, and thus lacks foundation. He does not identify specific speakers, dates, or documents supporting alleged "admissions."

R: | S / O |
| 17. | The County | Exh. 10 – Declaration of Sean Kennedy at ¶¶ 4-5. | O: Lack of foundation; hearsay; speculation; improper lay opinion; improper legal | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

| | | | |
|---|---|---|---|
| | | | conclusion; irrelevant. Same grounds as in Obj. #16 above. Also, Kennedy cannot authenticate the DOJ documents. He provides no basis for comparing Tanner's alleged tattoo to unspecified tattoos he has seen. He lacks firsthand knowledge of Tanner and was not involved in any investigation into him. Further, the DOJ report concerns unrelated Antelope Valley policing practices from over a decade before Plaintiff's alleged relationship with Tanner.<br><br>R: |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| 18. | The County | Exh. 10 – Declaration of Sean Kennedy at ¶¶ 7-9. | O: Lack of foundation; hearsay; relevance; improper legal conclusion. His assertions about the "findings" and "recommendations" of the COC constitutes out-of-court statements offered for the truth. He is not competent to testify as to LASD's compliance with internal reform recommendations. (FRE 602, 802.) | S / O |
|---|---|---|---|---|
| 19. | The County | Exh. 10 – Declaration of Sean Kennedy at ¶ 10. | O: Lack of foundation; hearsay; improper legal conclusion. Kennedy was not part of ICIB. He admits the information came from unidentified deputies and witnesses, which | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE    (213) 426-2000

| | | | | |
|---|---|---|---|---|
| | | | constitute inadmissible hearsay. (FRE 802.) R: | |
| 20. | The County | Exh. 10 – Declaration of Sean Kennedy at ¶¶ 11-22. | O: Relevance; hearsay; lack of foundation. Generalized commentary about alleged deputy gangs has no connection to Plaintiff's relationship with Tanner or any County policy causing her injury. Kennedy's statements rely on hearsay testimony from unrelated hearings. R: | S / O |
| 21. | The County | Exh. 10 – Declaration of Sean Kennedy at ¶¶ 23-24. | O: Improper lay opinion and legal conclusion. | S / O |

14

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

| | | | Statements that alleged deputy gangs violate constitutional rights and deprive the community of equal justice constitute impermissible legal conclusions on ultimate issues reserved for the Court.<br><br>R: | |
|---|---|---|---|---|
| 22. | The County | Exh. 10 – Declaration of Sean Kennedy at ¶¶ 25-28. | O: Lack of foundation; hearsay; irrelevance; improper law opinion. Discussion of AB 958, legislative mandates, and generalized criticisms of County Counsel's litigation strategies are irrelevant to Plaintiff's claims and improper personal commentary. | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

| | | | R: | |
|---|---|---|---|---|
| 23. | The County | Exh. 10A - U.S. Department of Justice Report dated June 28, 2013 re Investigation of Los Angeles County Sheriff's Department Stations in Antelope Valley. | O: Lack of authentication (FRE 901); hearsay (FRE 802); relevance (FRE 401); unfairly prejudicial. The DOJ report is not properly authenticated or self-proving; they contain multiple layers of hearsay and concern unrelated departmental or historical issues predating or disconnected from Plaintiff's alleged experiences.  R: | S / O |
| 24. | The County | Exh. 10B - Photograph depicting Plaintiff and Tanner and showing tattoo on Tanner's leg. | O: Lack of authentication (FRE 901); unfairly prejudicial. | S / O |

| | | | | R: | |
|---|---|---|---|---|---|
| 25. | The County | Exh. 10C - Report and Recommendations of the Special Counsel to Sheriff Civilian Oversignt Commission re Deputy Gangs and Cliques in the Los Angeles Sheriff's Department, dated February 2023. | O: Lack of authentication (FRE 901); hearsay (FRE 802); relevance (FRE 401); unfairly prejudicial. Same grounds as in Obj. # 23 above.<br><br>R: | S / O |
| 26. | The County | Exh. 11 - Declaration of Psychiatric Expert, George R. Elias, M.D. | O: Hearsay (FRE 802); relevance (FRE 401).<br><br>R: | S / O |
| 27. | The County | Exh. 8 – The entirety of the Non-Expert Declaration of Roger Clark. | O: Improper opinion; lacks foundation (FRE 602); speculative; contains inadmissible hearsay (FRE 802); constitute legal conclusion. Although Clark is a former LASD employee (retired 1993), he was not | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

17

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 9017-2710
TELEPHONE  (213) 426-2000

| | | | employed during the relevant time period and provides no basis for personal knowledge of LASD's current procedures or of the facts underlying this case.<br><br>R: | |
|---|---|---|---|---|
| 28. | The County | Exh. 8 – Non-Expert Declaration of Roger Clark at ¶¶ 2-3. | O: Lacks foundation; irrelevant. Prior LASD employment ending over 30 years ago does not establish personal knowledge of current LASD policies.<br><br>R: | S / O |
| 29. | The County | Exh. 8 – Non-Expert Declaration of Roger Clark at ¶¶ 4-7. | O: Lack of personal knowledge; speculation; improper lay opinion. Clark retired in 1993, | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

| | | | |
|---|---|---|---|
| | | | decades before the events at issue, and provides no basis to know the 2020-2023 "Ride-Along Program." His statements about deputies never taking "lunch breaks" and the meaning of "on duty" are improper lay opinions. The assertion that a deputy "is still on duty" while eating lunch "wherever he eats" is an interpretive opinion about the legal scope of employment. The assertion of what constitutes an "official" ride-along is also improper opinion.<br><br>R: |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

| 30. | The County | Exh. 9 – The entirety of the Declaration of Police Practices Expert Roger Clark | O: Contains improper legal conclusions, speculative statements, and opinions not based on sufficient facts or data (FRE 702, 703, 704, 802); relies on inadmissible hearsay; lacks foundation or personal knowledge of facts specific to Plaintiff's case (FRE 602); irrelevant to the department's policies and practices in 2020–2023; argumentative, conclusory, and invade the province of the Court and jury on ultimate legal issues (see *United States v. Tamman, 782 F.3d 543, 552–53 (9th Cir. 2015)*). | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| | | | | |
|---|---|---|---|---|
| | | | R: | |
| 31. | The County | Exh. 9 – Declaration of Police Practices Expert Roger Clark at ¶ 2. | O: Lack of foundation; hearsay; unreliable factual basis (FRE 702(b), 703.) Claiming to have reviewed "reports", "LASD policies" and "training documents" not in evidence fails to establish a reliable factual basis.  R: | S / O |
| 32. | The County | Exh. 9 – Declaration of Police Practices Expert Roger Clark at ¶ 3. | O: Speculation; lack of personal knowledge; irrelevance; hearsay; improper legal conclusion. Clark purports to have "first-hand knowledge" of deputy gangs over 50 years but provides no time, place, or | S / O |

21

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE    (213) 426-2000

| | | | | |
|---|---|---|---|---|
| | | | specific involvement after 1993. His claims about "admissions by the Board of Supervisors" are hearsay and improper legal conclusions.<br><br>R: | |
| 33. | The County | Exh. 9 – Declaration of Police Practices Expert Roger Clark at ¶ 4. | O: Hearsay, speculation; lack of foundation; irrelevant. The DOJ report cited pertains to unrelated 2013 Antelope Valley policing and predates the alleged events by almost a decade.<br><br>R: | S / O |
| 34. | The County | Exh. 9 – Declaration of Police Practices Expert Roger Clark at ¶ 5. | O: Hearsay, improper legal conclusion; speculation; lack of foundation. | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| | | | | | |
|---|---|---|---|---|---|
| | | | Clark has no personal knowledge of the events. He relies solely on Plaintiff's version of disputed facts.<br><br>R: | | |
| 35. | The County | Exh. 9 – Declaration of Police Practices Expert Roger Clark at ¶¶ 6-7. | O: Speculation; lack of foundation; contradiction of undisputed policy evidence. Clark's interpretation of "Ride-Alongs" contradicts LASD Manual §5-09/250.00. Clark left LASD decades before the policy's adoption and cannot opine on its current implementation.<br><br>R: | S / O | |
| 36. | The County | Exh. 9 – Declaration of Police Practices | O: Speculation; lack of foundation; | S / O | |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

| No. | Party | Evidence | Objection | Ruling |
|---|---|---|---|---|
| | | Expert Roger Clark at ¶ 8. | improper conclusion. Clark has no firsthand knowledge of the "Baker to Vegas" event. His conclusion that Tanner "used his authority and badge" is a legal conclusion unsupported by admissible evidence.<br><br>R: | |
| 37. | The County | Exh. 9 – Declaration of Police Practices Expert Roger Clark at ¶¶ 9-13. | O: Irrelevant; hearsay; speculation; improper expert narrative; unfairly prejudicial. Clark's discussion of unrelated lawsuits, sheriffs, and departmental history from the 1960s–2010s bears no connection to Plaintiff's claims or Tanner's conduct. It | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

| | | | is intended to prejudice the County.<br><br>R: | |
|---|---|---|---|---|
| 38. | The County | Exh. 9 – Declaration of Police Practices Expert Roger Clark at ¶¶ 14-15. | O: Irrelevant; hearsay; speculation. Clark's sweeping historical narrative about gangs such as "Vikings," "Cavemen," and "Banditos" is anecdotal and inadmissible. He relies on hearsay accounts and litigation summaries from unrelated cases.<br><br>R: | S / O |
| 39. | The County | Exh. 9 – Declaration of Police Practices Expert Roger Clark at ¶ 16. | O: Lack of foundation and personal knowledge. Clark never examined Tanner or his alleged tattoo. He is not a tattoo or gang | S / O |

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | expert. He is not competent to testify that Tanner "has the mark of the Rattlesnakes."<br><br>R: |   |
| 40. | The County | Exh. 9 – Declaration of Police Practices Expert Roger Clark at ¶¶ 17-20. | O: Improper expert opinion on ultimate legal issues; lack of foundation; speculation. Clark opines that Tanner's acts were "excessive force," that he "used his authority," and that the "Rattlesnakes meet the definition of a deputy gang." These are legal conclusions outside the permissible scope of expert testimony.<br><br>R: | S / O |
| 41. | The | Exh. 9 – Declaration | O: Improper legal | S / O |

| | County | of Police Practices Expert Roger Clark at ¶ 21. | conclusion; lack of foundation, improper expert scope; speculation. Clark's opinions usurp the Court's role and are impermissible. | |
|---|---|---|---|---|

DATED: October 17, 2025          HURRELL CANTRALL LLP

By:  _/s/ Blessing O. Ekpezu_
THOMAS C. HURRELL
BLESSING O. EKPEZU
Attorneys for Defendant, COUNTY OF LOS ANGELES

DATED: October 17, 2025          LAW OFFICES OF VINCENT MILLER

By:  _/s/ Vincent Miller_
VINCENT MILLER
Attorneys for PLAINTIFF, JANE DOE

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

27