# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual, DOES 1-100 inclusive,<br><br>    Defendants. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR SUMMARY JUDGMENT**<br><br>[Assigned to Hon. Sherilyn Peace Garnett, Courtroom "5C"] |

The Motion of Defendant County of Los Angeles for Summary Judgment, or in the alternative, Summary Adjudication, came on for hearing on November 12, 2025, before the Honorable Sherilyn Peace Garnett, United States District Judge.

After full consideration of the parties' submissions, the admissible evidence, and arguments of counsel, and good cause appearing, the Court finds that no genuine issue of material fact exists and that the County is entitled to judgment as a matter of law.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      Defendant, County of Los Angeles' Motion for Summary Judgment is **GRANTED** in its entirety.

2.      Plaintiff, Jane Doe shall take nothing by way of her complaint.

3.    Judgment shall be entered in favor of Defendant, County of Los Angeles and against Plaintiff, Jane Doe.

4.    Defendant, County of Los Angeles shall recover its costs of suit as permitted by law.

**IT IS SO ORDERED.**


DATED: _____ , 2025


_____

Hon. Sherilyn Peace Garnett
United States District Judge

2