**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual, DOES 1-100 inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT COUNTY OF LOS ANGELES**<br><br>[Assigned to Hon. Sherilyn Peace Garnett, Courtroom "5C"] |

Pursuant to the Court's Order granting Defendant County of Los Angeles' Motion for Summary Judgment, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Defendant, County of Los Angeles and against Plaintiff, Jane Doe on all causes of action alleged in the operative First Amended Complaint.

2. Plaintiff, Jane Doe shall take nothing by way of her complaint.

3. Defendant County of Los Angeles shall recover from Plaintiff its costs of suit and attorney's fees as provided by law.

   **IT IS SO ORDERED AND ADJUDGED.**

DATED: _____, 2025

_____
Hon. Sherilyn Peace Garnett
United States District Judge