Vincent Miller (SBN 291973)
vincent@vincentmillerlaw.com
James Jirn (SBN 241189)
james@vincentmillerlaw.com
THE LAW OFFICES OF VINCENT MILLER
16255 Ventura Boulevard, Suite 625
Encino, California 91436
Telephone: (213) 948-5702

Attorneys for Plaintiff JANE DOE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual, DOES 1-100 inclusive,<br><br>        Defendants. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO COUNTY OF LOS ANGELES' MOTION FOR SUMMARY JUDGMENT**<br><br>[Assigned to Hon. Sherilyn Peace Garnett, Courtroom "5C"] |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiff Jane Doe hereby requests that the Court take judicial notice pursuant to the Federal Rules of Evidence, Rule 201, of the following documents in support of her opposition to Defendant County of Los Angeles' motion for summary judgment:

- U.S. Department of Justice Report, "Investigation of Los Angeles County Sheriff's Department Stations in Antelope Valley," June 28, 2013—attached as Exhibit A.
- Sheriff Civilian Oversight Commission: "Report and Recommendation of the Special Counsel to Sheriff Civilian Oversight Commission

Plaintiff's Request for Judicial Notice

Regarding Deputy Gangs and Deputy Cliques in the Los Angeles County Sheriff's Department," February 2023—attached as Exhibit B.

Judicial notice of the above-referenced documents is appropriate under Rule 201(b)(2) of the Federal Rules of Evidence, which provide that judicial notice may be taken of the facts not subject to reasonable dispute because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The documents for which judicial notice is requested are public records, specifically reports of investigations conducted by public agencies and made available for public access. Courts may take judicial notice of public records. *Jones v. Markiewicz-Qualkinbush* (7th Cir. 2016) 842 F3d 1053, 1062, fn. 24 (judicial notice taken of city council minutes); *Buffets, Inc. v. Leischow* (8th Cir. 2013) 732 F3d 889, 897 (appellate court can take judicial notice based on records of Office of Comptroller that U.S. Bank's main office is in Ohio); *see Goldfarb v. Mayor & City Council of Baltimore* (4th Cir. 2015) 791 F3d 500, 508-509—even though district court did not explicitly declare it was taking judicial notice of exhibits claimed to be public records containing adjudicative facts, in appropriate case, appellate court can do so at any time.

Also, courts may take judicial notice of government website information that is admissible under the public records exception. *See Laborers' Pension Fund v. Blackmore Sewer Const., Inc*. (7th Cir. 2002) 298 F3d 600, 607; *see also United States v. Iverson* (10th Cir. 2016) 818 F3d 1015, 1021-1022 (electronic format of government records, statements and reports placed on Internet does not, by itself, prevent qualification as public records (website in question qualified for public records exception)); and *Csutoras v. Paradise High School* (9th Cir. 2021) 12 F4th 960, 964, fn. 3 (judicial notice taken of letters on government website about bullying because they were made public through government entity and no party disputed authenticity or accuracy (without mentioning public records exception)).

Public records subject to judicial notice include the records and reports of

Plaintiff's Request for Judicial Notice

2

administrative bodies. *See Abdullah v. U.S. Security Assocs., Inc.* (9th Cir. 2013) 731 F3d 952, 959, fn. 10 (judicial notice of California Division of Labor Standards Enforcement opinion letters noticed pursuant to FRE 201(b)); *Radaszewski ex rel. Radaszewski v. Maram* (7th Cir. 2004) 383 F3d 599, 600 (in disability discrimination action, judicial notice taken of administrative findings about adult patient's medical status and needs).

Accordingly, Plaintiff respectfully requests that this Court take judicial notice of the foregoing matter pursuant to Federal Rule Evidence 201(b)(2).

DATED:  October 13, 2025          LAW OFFICES OF VINCENT MILLER


                                  By: /s/ *Vincent Miller*
                                  Vincent Miller
                                  James Jirn
                                  Attorneys for Plaintiff JANE DOE

Plaintiff's Request for Judicial Notice

3