Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017-2710
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual, DOES 1-100 inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**COUNTY OF LOS ANGELES' OBJECTIONS TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>[Assigned to Hon. Sherilyn Peace Garnett, Courtroom "5C"] |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant, COUNTY OF LOS ANGELES ("County") hereby objects to Plaintiff JANE DOE's ("Plaintiff") Request for Judicial Notice ("RJN") of two reports: (1) The U.S. Department of Justice's June 28, 2013 "Investigation of the Los Angeles County Sheriff's Department Stations in Antelope Valley"; and (2) the Los Angeles County Sheriff's Civilian Oversight Commission's February 2023 "Report and Recommendation of the Special Counsel Regarding Deputy Gangs and Deputy Cliques."

## I.      LEGAL STANDARD

Judicial notice under Federal Rule of Evidence 201(b) is appropriate only for facts that are "not subject to reasonable dispute" because they are either (1)

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

generally known within the court's territorial jurisdiction or (2) capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(1-2). See also *Lee v. City of Los Angeles*, 250 F.3d 668, 689–90 (9th Cir. 2001); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018).

## II.   ARGUMENT

### A.   The Reports Are Irrelevant

The 2013 DOJ Report concerns LASD's enforcement practices in Section 8 housing operations in Lancaster and Palmdale between 2004 and 2011—a decade before the events alleged here. The 2023 Oversight Commission Report post-dates the alleged conduct and involves generalized discussion of deputy gangs and cliques and suggested departmental reforms. Both reports concern different time periods, different deputies and unrelated subject matter. Neither document relates to any of the issues raised in the moving papers. Accordingly, the reports have no probative value as to whether Tanner acted under color of state law or whether any County policy caused Plaintiff's alleged injuries.

### B.   The Reports Contain Disputed Facts and Opinions

The factual narratives, conclusions and recommendations contained in the reports reflect disputed findings, opinions and judgments. Judicial notice cannot be used to accept such assertions as true. See *Khoja v. Orexigen Therapeutics, Inc.*, supra ("Just because the document itself is susceptible to judicial notice does not mean that every assertion of fact within that document is judicially noticeable for its truth."). Plaintiff offers the reports for their truth—to suggest LASD tolerated deputy misconduct or "gangs." Such use exceeds the narrow scope of judicial notice.

## III.   CONCLUSION

The County respectfully requests that the Court deny Plaintiff's Request for Judicial Notice. Alternatively, the Court should take notice only of the existence of

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

2

the two reports as public records, not of the truth of any statements, findings, or conclusions contained therein.

DATED: October 17, 2025          HURRELL CANTRALL LLP

By:     */s/ Blessing O. Ekpezu*
THOMAS C. HURRELL
BLESSING O. EKPEZU
Attorneys for Defendant, COUNTY OF
LOS ANGELES

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

3