# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>        v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual; and DOES 1-100, inclusive,<br><br>                    Defendant. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant County of Los Angeles's Motion for Summary Judgment, filed at ECF No. 83, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant County of Los Angeles on all claims set out in Plaintiff Jane Doe's First Amended Complaint.

**IT IS SO ORDERED.**

DATED:  March 31, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE