Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
800 W. 8th Street, Suite 700
Los Angeles, California 90017
Telephone: (213) 426 2000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE<br><br>             v.          **PLAINTIFF(S),**<br><br>COUNTY OF LOS ANGELES ET AL<br><br>         **DEFENDANT(S)** | CASE NUMBER<br><br>2:24-cv-08649-SPG(SKx)<br><br>**APPLICATION TO THE CLERK<br>TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | COUNTY OF LOS ANGELES |

| | | | |
|---|---|---|---|
| Judgment entered on: | March 31, 2026 | Docket #: | 84 |

| | |
|---|---|
| Names of party(ies) against whom judgment was entered: | JANE DOE |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: April 10, 2026

Signature: /s/ Blessing Ekpezu

Name: Blessing Ekpezu

☒ Attorney of Record for: Defendant, COUNTY OF LOS ANGELES

---

**COURT USE ONLY**

☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.*

☐ Application DENIED because:  ☐ Not timely filed (L.R. 54-2.1).

                                 ☐ Insufficient supporting documentation provided (L.R. 54-2.1).

                                 ☐ Filer is not prevailing party (L.R. 54-1).

Date: *Enter date here.*

**Brian D. Karth, District Court Executive/Clerk of Court**

By: _____

      Deputy Clerk

---

**Case Title:** Jane Doe v. County of Los Angeles et al; **Case No:** 2:24-cv-08649-SPG(SKx)

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | | |
| 1 | | | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | |
| | | $416.95 | See Exh. A to the Declaration of Blessing Ekpezu ("Ekpezu Decl.") | | | | |
| 2 | | | **L.R. 54-3.2 Fees for Service of Process** | | | | |
| | | $341.41 | See Exh. B to Ekpezu Decl. | | | | |
| 3 | | | **L.R. 54-3.3 United States Marshal's Fees** | | | | |
| | | | | | | | |
| 4 | | | **L.R. 54-3.4 Transcripts of Court Proceedings** *(order or stipulation required and must be attached)* | | | | |
| | | | | | | | |
| 5 | | | **L.R. 54-3.5 Depositions** *(if order or stipulation required by rule, it must be attached)* | | | | |
| | | $5,892.79 | See Exh. C to Ekpezu Decl. | | | | |
| 6 | | | **L.R. 54-3.6 Witness Fees** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | |
| | | | | | | | |
| 7 | | | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)* | | | | |
| | | | | | | | |
| 8 | | | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)* | | | | |
| | | | | | | | |
| 9 | | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)* | | | | |
| | | | | | | | |
| 10 | (a) | | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached)* | | | | |
| | | | L.R. 54-3.10(a): *"cost of copies of documents necessarily filed and served"* | | | | |
| | | | | | | | |
| | (b) | | L.R. 54-3.10(b): *"cost of copies of documents or other materials admitted into evidence"* | | | | |
| | | | | | | | |
| | (c) | | L.R. 54-3.10(c): *"Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | |
| | | | | | | | |
| | (d) | | L.R. 54-3.10(d): *"Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | |
| | | | | | | | |
| | (e) | | L.R. 54-3.10(e): *"Notary fees" of taxable documents* | | | | |
| | | | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | | |
| | (f) | | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | |
| | | | | | | | |
| | (g) | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | | | | | | | |
| 11 | | | ***L.R. 54-3.11 Premiums on Undertakings and Bonds*** | | | | |
| | | | | | | | |
| 12 | | | ***L.R. 54-3.12 Other Costs*** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | |
| | | | | | | | |
| 13 | | | ***L.R. 54-3.13 State Court Costs*** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | |
| | | | | | | | |
| 14 | | | ***L.R. 54-4 Items Taxable as Costs on Appeal*** *(only items taxable under Fed. R. App. P. 39(e))* | | | | |
| | | | | | | | |
| 15 | | | ***L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court*** | | | | |
| | | | | | | | |
| TOTAL | | $0.00 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** *Click or tap here to enter text.*; **Case No:** *Click or tap here to enter text.*

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

*WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)*

### *ITEMIZED COSTS*

1.    Clerk/Filing Fees:

- Clerk Filing Fee for removal of action to federal court - **$405.00**
- Other filing fee for removal - **$11.95**

Both totaling **$416.95**, the proof of which is attached to the Declaration of Blessing Ekpezu ("Ekpezu Decl.") as Exh. A.

2.    Service of Process Fees:

- Fee for subpoena regarding Plaintiff Mykalia Cook's employment records from Costco Wholesale  - **$204.03**. See Ronsin Litigation Support Services invoice dated August 28, 2025, Invoice # 640568-01-01 attached to the accompanying Ekpezu Decl. as Exh. B.

- Fee for subpoena regarding Plaintiff Mykalia Cook's employment records from Instacart   - **$137.38**. See

Ronsin Litigation Support Services invoice dated September 11, 2025, Invoice # 640568-02-01 attached to the accompanying Ekpezu Decl. as <mark>Exh. B</mark>.

     3.    Depositions:

- Allowable costs for deposition of Plaintiff, Mykalia Cook totaling **$2,780.55** and excluding costs associated with videotaping and expedition of the deposition transcript. See Aptus Court Reporting's invoice # 1171173 dated July 25, 2025 attached to the accompanying Ekpezu Decl. as <mark>Exh. C</mark>.

- Allowable costs for deposition of Dr. George Elias totaling **$709.06** excluding costs associated with expedition of the deposition transcript. See Aptus Court Reporting's invoice # 1173756 dated August 29, 2025 attached to the accompanying Ekpezu Decl. as <mark>Exh. C</mark>.

- Allowable costs for deposition of Roger Clark totaling **$1,229.68** excluding costs associated with expedition of the deposition transcript. See Aptus Court Reporting's invoice # 1173751 dated August 29, 2025 attached to the accompanying Ekpezu Decl. as <mark>Exh. C</mark>.

- Allowable costs for deposition of Neal Tyler totaling **$1,173.50**. See Veritext LLC's invoice # 8984910 dated February 3, 2026 attached to the accompanying Ekpezu Decl. as <mark>Exh. C.</mark>