Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrell-llp.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrell-llp.com
HURRELL-LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017-2710
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual, DOES 1-100 inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**DECLARATION OF BLESSING O. EKPEZU IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' BILL OF COSTS**<br><br>*Filed concurrently with Bill Of Costs*<br><br>[Assigned to Hon. Sherilyn Peace Garnett, Courtroom "5C"] |

I, Blessing O. Ekpezu, declare:

1.     I am an attorney duly licensed to practice before this Court and am a partner of Hurrell-LLP, attorneys of record for Defendant, COUNTY OF LOS ANGELES  ("Defendant") herein.  The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2.     This Declaration is made in support of Defendant's Bill of Costs filed concurrently herewith.

3.     On March 31, 2026, the Court entered judgment in this matter. (See Dkt. No. 84.) As reflected in the Judgment, Defendant is the prevailing party and are entitled to recover costs pursuant to Fed. R. Civ. P. 54(d) and Civil Local Rule

("LR") 54.

4.    I have reviewed Defendant's Bill of Costs and the accompanying invoices submitted therewith. The costs included in Defendant's Bill of Costs are correctly stated and were necessarily incurred in this action, and the services for which fees have been charged were actually and necessarily performed. Further, the requested costs are fairly attributable to the claims asserted in this litigation and are recoverable by Defendant pursuant to 28 U.S.C. § 1920, LR 54-3, and relevant case law.

**Clerk/Filing Fees**

5.    Pursuant to 28 U.S.C. § 1920(1) and LR 54-3.1, Defendant seeks costs incurred for Clerk fees in the amount of **$416.95**.

6.    A true and correct copy of payment receipts supporting the costs for clerk/filing fees included in the Bill of Costs is attached hereto as **Exh. A**.

**Service of Process Fees**

7.    Pursuant to 28 U.S.C. § 1920(1) and LR 54-3.1, Defendant seeks costs for service of process fees in the amount of **$341.41.** See *Kalai v. Hawaii, Dept. of Human Services Hawaii Public Housing Authority*, 2009 WL 2224428, at *8 (D.Hawai i,2009) (allowing recovery of costs for subpoena of medical records from the plaintiff's treaters.)

8.    A true and correct copy of payment receipts supporting the costs for service of process fees included in the Bill of Costs is attached hereto as **Exh. B**.

**Depositions**

9.    Under 28 U.S.C. §1920(2) and LR 54-3.5, costs for deposition transcripts, stenographic fees and exhibits used at depositions are recoverable. Accordingly, Defendant seek costs related to the depositions taken in this matter in the amount of **$5,892.79.**

10.    A true and correct copy of payment receipts supporting the costs for depositions included in the Bill of Costs is attached hereto as **Exh. C**.

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2026, at Los Angeles, California.

_/s/ Blessing O. Ekpezu_
Blessing O. Ekpezu

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000