# EXHIBIT A

**Rebecca Shirai**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, October 8, 2024 2:46 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | EXT: Activity in Case 2:24-cv-08649 Doe v. County of Los Angeles et al Notice of Removal (Attorney Civil Case Opening) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered by Hurrell, Thomas on 10/8/2024 at 2:46 PM PDT and filed on 10/8/2024

| | |
|---|---|
| **Case Name:** | Doe v. County of Los Angeles et al |
| **Case Number:** | 2:24-cv-08649 |
| **Filer:** | County of Los Angeles |
| **Document Number:** | 1 |

**Docket Text:**
**NOTICE OF REMOVAL from Los Angeles County Superior Court, case number 24STCV13350 Receipt No: ACACDC-38362179 - Fee: $405, filed by Defendant County of Los Angeles. (Attachments: # (1) Exhibit A - Summons & First Amended Complaint) (Attorney Thomas C. Hurrell added to party County of Los Angeles(pty:dft))(Hurrell, Thomas)**

**2:24-cv-08649 Notice has been electronically mailed to:**

Thomas C. Hurrell    thurrell@hurrellcantrall.com, dacabal@hurrellcantrall.com, jenriquez@hurrellcantrall.com, lfranco@hurrellcantrall.com, mgomez@hurrellcantrall.com, mhummer@hurrellcantrall.com, tsmith@hurrellcantrall.com

**2:24-cv-08649 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Jane Doe

1

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2024-1008 Ntc of Removal & BE Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/8/2024] [FileNumber=38793799-0
] [2ec941ad2a239a9f3834c0f190111f003e8a2e4ab5c3c87feac8ccea725353af703
a2e724a888395552e0dcaf10c4282831bb495a4837c91694d746c65110162]]
**Document description:**Exhibit A - Summons & First Amended Complaint
**Original filename:**C:\fakepath\Exh. A - FAC.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/8/2024] [FileNumber=38793799-1
] [793dc81ccf2bafe21d2e4082594be93f1f4c87e373b74918283780912d4621367c1
d4a4d30e3262cd5da9b6e2df7cae217ef92602883663045a9a801fa1ea2a9]]



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10880938 | 11200 |
| **Invoice Date** | **Total Due** |
| 10/15/24 | 11.95 |
|  |  |
|  |  |
|  |  |

TAX ID# 99-3169047

Hurrell & Cantrall
Attn: Accounts Payable
725 S. Figueroa St., Suite3800
Los Angeles, CA 90017

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|
| 11200 | 10880938 | 10/15/24 | 11.95 | 1 | |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 10/08/24<br><br>DIRECT eFILING | 5918208 | DEF | Hurrell & Cantrall          Los Angeles Civil       Base Chg :    11.95<br>725 S. Figueroa St.         Electronic Filing<br>LOS ANGELES      CA 90017   DIRECT EFILING   CA 00000<br>Caller: Ana Ramirez<br>24STCV13350<br>JANE DOE vs COUNTY OF LOS ANGELES, A MUNICIPAL ENT<br>Notice of Removal to Federal Court<br><br>Signed: Accepted             Ref: 281-0359 JANE DOE | | 11.95 |
| | | | **Total** | | 11.95 |

# INVOICE PAYMENT DUE UPON RECEIPT