# EXHIBIT B

# Ronsin
### Litigation Support Services

**INVOICE**

| INVOICE DATE: | INVOICE NO. |
|---|---|
| September 11, 2025 | 640568-02-01 |

**215 S. Lemon Creek Dr., Walnut, California 91789 PH. (800) 332-7704 FX. (800) 249-2375**   *Federal Tax Id: 95-3212317*

**Ordered By: 92L**
**THOMAS C. HURRELL (SBN: 119876)**
**HURRELL CANTRALL L.L.P.-C**
**800 WEST 6TH STREET SUITE 700**
**LOS ANGELES, CA 90017**

**Bill To: 92L**
**THOMAS C. HURRELL (SBN: 119876)**
**HURRELL CANTRALL L.L.P.-C**
**800 WEST 6TH STREET SUITE 700**
**LOS ANGELES, CA 90017**

File Number: **281-359**
Regarding: **MYKALIA COOK**
Facility: **INSTACART, SAN FRANCISCO, CA, 94105**

Matter: **JANE DOE vs. COUNTY OF LOS ANGELES, ET AL.**

Claim No:
Date of loss:
Insured:

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Base Fee** | | | 58.00 |
| **Subpoena Preparation** | | | 18.00 |
| **Page Count-electronic records** | 106.00 | .16 | 16.96 |
| **Witness Fee** | 1.00 | 15.00 | 15.00 |
| **Check Charge** | .15 | 15.00 | 2.25 |
| **Fuel Surcharge** | | | 5.95 |
| **Bate Stamping** | 106.00 | .04 | 4.24 |
| **OCR Documents** | 106.00 | .08 | 8.48 |
| **Documents made available online** | | | 8.50 |

**Comments:**

| | |
|---|---|
| SUB-TOTAL | 137.38 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 137.38** |

DUE UPON RECEIPT

*Payment due 30 days from invoice. 1.5% interest applied per month thereafter*

www.ronsin.com



Order#:640568-02/CINVP

# Ronsin
### Litigation Support Services

**INVOICE**

| INVOICE DATE: | INVOICE NO. |
|---|---|
| **August 28, 2025** | 640568-01-01 |

**215 S. Lemon Creek Dr., Walnut, California 91789 PH. (800) 332-7704 FX. (800) 249-2375**    *Federal Tax Id: 95-3212317*

**Ordered By: 92L**
**THOMAS C. HURRELL (SBN: 119876)**
**HURRELL CANTRALL L.L.P.-C**
**800 WEST 6TH STREET SUITE 700**
**LOS ANGELES, CA 90017**

**Bill To: 92L**
**THOMAS C. HURRELL (SBN: 119876)**
**HURRELL CANTRALL L.L.P.-C**
**800 WEST 6TH STREET SUITE 700**
**LOS ANGELES, CA 90017**

File Number: **281-359**
Regarding: **MYKALIA COOK**
Facility: **COSTCO WHOLESALE CORPORATION, GLENDALE, CA, 91203**

Matter: **JANE DOE vs. COUNTY OF LOS ANGELES, ET AL.**

Claim No:
Date of loss:
Insured:

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Base Fee** | | | **58.00** |
| **Subpoena Preparation** | | | **18.00** |
| **Page Count-electronic records** | **136.00** | **.16** | **21.76** |
| **Witness Fee** | **1.00** | **50.00** | **50.00** |
| **Check Charge** | **.15** | **50.00** | **7.50** |
| **Fuel Surcharge** | | | **5.95** |
| **Notification to Additional Counsel(s)** | **3.00** | **6.00** | **18.00** |
| **Bate Stamping** | **136.00** | **.04** | **5.44** |
| **OCR Documents** | **136.00** | **.08** | **10.88** |
| **Documents made available online** | | | **8.50** |

**Comments:**

| | |
|---|---|
| SUB-TOTAL | **204.03** |
| SALES TAX | **.00** |
| **TOTAL DUE** | **$ 204.03** |

DUE UPON RECEIPT

*Payment due 30 days from invoice.*
*1.5% interest applied per month thereafter*

www.ronsin.com



Order#:640568-01/CINVP