# EXHIBIT C

Approved by BE/R.S.

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: Blessing O. Ekpezu | | |
|---|---|---|
| Hurrell Cantrall, LLP | **Invoice #:** | **8984910** |
| 725 South Figueroa Street, Suite 3800 | **Invoice Date:** | **2/3/2026** |
| Ernst & Young Plaza | **Balance Due:** | **$1,173.50** |
| Los Angeles, CA, 90071 | | |

| Case: Doe, Jane  v. County Of Los Angeles (2:24cv08649SPG(SKx)) | Proceeding Type: Depositions |
|---|---|

Job #: 7549684    |    Job Date: 8/19/2025    |    Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Blessing O.  Ekpezu |
| Scheduling Atty: | James Jirn | Vincent Miller Law |

| Witness: Neal Tyler | Amount |
|---|---|
| Transcript Services | $612.00 |
| Exhibits | $266.50 |
| Logistics, Processing & Electronic Files | $185.00 |
| Smart Summary - Over 100 Transcript Pages | $110.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,173.50** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,173.50** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  8984910** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   2/3/2026** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $1,173.50** |

Pay by Credit Card: www.veritext.com

75862

# I N V O I C E

1 of 1



401 WEST A ST, STE 1680 | SAN DIEGO, CA 92101 | 866-999-8310

Approved by: BE/MS

Blessing Ekpezu
Hurrell Cantrall, LLP
800 W 6th St, Ste 700
Los Angeles, CA 90017

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1171173 | 7/25/2025 | 10168165 |
| **Job Date** | **Case No.** | |
| 7/10/2025 | 2:24-CV-08649-SPG(SKX) | |
| **Case Name** | | |
| Jane Doe vs. County of Los Angeles | | |
| **Payment Terms** | | |
| Due upon receipt | | |

DEPOSITION NOTICED BY COLA

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Mykalia Cook | 347.00 Pages | @ | 6.500 | 2,255.50 |
| 3 Day Expedite | | | | 1,804.40 |
| Appearance Fee | 1.00 | @ | 300.000 | 300.00 |
| E-Transcripts (complete rough/final) | 1.00 | @ | 15.000 | 15.00 |
| Exhibits on CD-ROM | 1.00 | @ | 5.000 | 5.00 |
| Exhibits - B/W | 1.00 Pages | @ | 0.650 | 0.65 |
| Exhibits - Color | 6.00 Pages | @ | 0.650 | 3.90 |
| Video - Set up | 1.00 | @ | 375.000 | 375.00 |
| Video - Hourly | 6.00 Hours | @ | 175.000 | 1,050.00 |
| Court Reporter - After Hours | 1.25 Hours | @ | 95.000 | 118.75 |
| Videographer - After Hours | 1.25 Hours | @ | 95.000 | 118.75 |
| Parking | 1.00 | @ | 56.500 | 56.50 |
| Laptop Rental | 1.00 | @ | 150.000 | 150.00 |
| Remote Fee (set-up, exhibit sharing and monitoring) | 1.00 | @ | 250.000 | 250.00 |
| Delivery & Handling | 1.00 | @ | 25.000 | 25.00 |
| SALES TAX | | | | 1.90 |
| **TOTAL DUE  >>>** | | | | **$6,530.35** |

Client Matter No. : 281-359

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
HomeStreet Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com
and click on the Pay Online link.  Virtual Credit Cards not accepted.
(3% surcharge will be applied, but no surcharge for debit cards)

(Credits are Laptop Rental and 1 day of Expedite Fee)

| | |
|---|---|
| **( - ) Payments/Credits:** | 375.55 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$6,154.80** |

**Tax ID:** 27-4460942

JOY#1714

800 WEST SIXTH
800 WEST SIXTH STREET
LOS ANGELES CA 90017

PARKING CONCEPTS INC

Ticket #:     19079524
IN:  07/10/25 09:26
OUT: 7/10/2025 6:19:47 PM
FEE:        $38.50
TOTAL:      $38.50
TENDERED:   $38.50
CHANGE:      $0.00
AMEX       1008

800 WEST SIXTH
800 WEST SIXTH STREET
LOS ANGELES CA 90017

PARKING CONCEPTS INC


Ticket #:    19079510
IN:   07/10/25 08:31
OUT: 7/10/2025 6:41:02 PM
     FEE:      $18.00
   TOTAL:      $18.00
TENDERED:      $18.00
  CHANGE:       $0.00
    VISA        2078

RECEIVED SEP 29 2025

Approved by BE/R.S.

@ aptus
COURT REPORTING
401 WEST A ST STE 1680 · SAN DIEGO CA 92101 · 866 999-8310

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1173751 | 8/29/2025 | 10170763 |

| Job Date | Case No. |
|---|---|
| 8/18/2025 | 2:24-CV-08649-SPG(SKX) |

| Case Name |
|---|
| Jane Doe vs. County of Los Angeles |

| Payment Terms |
|---|
| Due upon receipt |

Blessing Ekpezu
Hurrell Cantrall, LLP
800 W 6th St, Ste 700
Los Angeles, CA 90017

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Roger Clark | 111.00 Pages | @ | 6.500 | 721.50 |
| 3 Day Expedite | | | | 577.20 |
| Appearance Fee | 1.00 | @ | 150.000 | 150.00 |
| Condensed Transcript | 1.00 | @ | 0.000 | 0.00 |
| E-Transcripts (complete rough/final) | 1.00 | @ | 15.000 | 15.00 |
| Exhibits on CD-ROM | 1.00 | @ | 5.000 | 5.00 |
| Exhibits - B/W | 83.00 Pages | @ | 0.650 | 53.95 |
| Exhibits - Color | 5.00 Pages | @ | 0.650 | 3.25 |
| Remote Fee (set-up, exhibit sharing and monitoring) | 1.00 | @ | 250.000 | 250.00 |
| Production & Processing | 1.00 | @ | 0.000 | 0.00 |
| Delivery & Handling | 1.00 | @ | 25.000 | 25.00 |
| SALES TAX | | | | 5.98 |

**TOTAL DUE  >>>**                    **$1,806.88**

Client Matter No. : 281-359

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
HomeStreet Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com
and click on the Pay Online link.  Virtual Credit Cards not accepted.
(3% surcharge will be applied, but no surcharge for debit cards)

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,806.88** |

**Tax ID:** 27-4460942

RECEIVED SEP 29 2025

# INVOICE

1 of 1

Approved by BE/R.S.



401 WEST A ST, STE 1680 | SAN DIEGO, CA 92101 | 866-799-8310

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1173756 | 8/29/2025 | 10171073 |
| **Job Date** | **Case No.** | |
| 8/18/2025 | 2:24-CV-08649-SPG(SKX) | |
| **Case Name** | | |
| Jane Doe vs. County of Los Angeles | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Blessing Ekpezu
Hurrell Cantrall, LLP
800 W 6th St, Ste 700
Los Angeles, CA 90017

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
George Elias, M.D.

| | | | | |
|---|---|---|---|---|
| 3 Day Expedite | | | | 358.80 |
| Minimum Transcript Order | 1.00 | @ | 495.000 | 495.00 |
| Appearance Fee | 1.00 | @ | 150.000 | 150.00 |
| Condensed Transcript | 1.00 | @ | 0.000 | 0.00 |
| E-Transcripts (complete rough/final) | 1.00 | @ | 15.000 | 15.00 |
| Exhibits on CD-ROM | 1.00 | @ | 5.000 | 5.00 |
| Exhibits - B/W | 22.00 Pages | @ | 0.650 | 14.30 |
| Exhibits - Color | 3.00 Pages | @ | 0.650 | 1.95 |
| Production & Processing | 1.00 | @ | 0.000 | 0.00 |
| Delivery & Handling | 1.00 | @ | 25.000 | 25.00 |
| SALES TAX | | | | 2.81 |

**TOTAL DUE  >>>**                                   **$1,067.86**

Client Matter No. : 281-359

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
HomeStreet Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com
and click on the Pay Online link.  Virtual Credit Cards not accepted.
(3% surcharge will be applied, but no surcharge for debit cards)

| (-) **Payments/Credits:** | 0.00 |
|---|---|
| (+) **Finance Charges/Debits:** | 0.00 |
| (=) **New Balance:** | **$1,067.86** |

**Tax ID:** 27-4460942