Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrell-llp.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrell-llp.com
HURRELL-LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017-2710
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual, DOES 1-100 inclusive,<br><br>        Defendants. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**DECLARATION OF BLESSING EKPEZU IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988**<br><br>[Assigned to Hon. Sherilyn Peace Garnett, Courtroom "5C"] |

I, Blessing O. Ekpezu, declare:

1.     I am an attorney duly licensed to practice before this Court and am a partner of Hurrell-LLP, attorneys of record for Defendant, COUNTY OF LOS ANGELES ("Defendant" or "County") herein.  The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2.     I received my initial legal education and was admitted to practice law in Nigeria in 2016, where I practiced civil litigation in all courts up to and including the Supreme Court of Nigeria. I was admitted to the State Bar of California in 2020. I have been employed at Hurrell LLP since 2021, where my practice has focused on civil rights defense and employment litigation on behalf of public entities, including

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

the County of Los Angeles and the Los Angeles County Sheriff's Department. I was elevated from associate to partner at Hurrell LLP effective May 1, 2025.

3. Thomas C. Hurrell is the managing partner of Hurrell LLP. He has been licensed to practice law in California since 1985 and has over 40 years of experience in civil litigation, with a particular focus on the defense of public entities in civil rights and tort matters. He has tried numerous cases to verdict in federal and state courts throughout California.

4. The following attorneys and paraprofessionals worked on this matter at the hourly rates established by the litigation budget submitted to the County of Los Angeles on October 7, 2024:

Initial tier, applicable October 2024 through December 2024:

- Blessing Ekpezu, Associate: $230 per hour

- Thomas C. Hurrell, Partner: $250 per hour

- Roy Garcia, Partner: $250 per hour

- Christine Khalil, Law Clerk: $100 per hour

Adjusted tier, effective January 1, 2025:

- Blessing Ekpezu, Associate (Partner effective May 1, 2025): $300 per hour (associate); $350 per hour (partner)

- Thomas C. Hurrell, Partner: $350 per hour

- Jennifer Turnbull, Paralegal: $125 per hour

- Danielle Ortiz, Paralegal: $125 per hour

5. These rates reflect a significant discount from the rates Hurrell LLP charges for comparable work in general civil litigation. The prevailing market rate for an attorney of my background, experience, and reputation in the Central District of California for civil rights defense work of this complexity is substantially higher than the rates at which I billed this matter. For a partner of Mr. Hurrell's experience and reputation, the prevailing market rate in this district is substantially higher than $350 per hour.

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

2

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

6.     The billing records for this matter that I reviewed contain all time entries from case inception through entry of judgment on March 27, 2026. The billing records were prepared contemporaneously with the work performed. Time that was excessive, redundant, or otherwise not reasonably chargeable to the client was excluded from the records.

7.     The billing records reflect the following verified totals by timekeeper:

- **Blessing Ekpezu**: 582.0 hours / $186,044.00
- **Thomas C. Hurrell**: 4.2 hours / $1,470.00
- **Roy Garcia**: 0.4 hours / $100.00
- **Christine Khalil**: 37.6 hours / $3,760.00
- **Jennifer Turnbull**: 19.9 hours / $2,487.50
- **Danielle Ortiz**: 5.9 hours / $737.50
- **Total: 650.0 hours / $194,599.00**

8.     The hours reflected in the billing records were reasonably and necessarily incurred in the defense of this matter, which spanned 18 months of active federal litigation and included removal from Los Angeles Superior Court; preparation of the initial handling memorandum; Rule 26 proceedings; full written discovery; the full-day deposition of Plaintiff; depositions of Plaintiff's retained experts Roger Clark and Dr. George Elias; defense of the County's own expert deposition; two Daubert motions; joint summary judgment briefing; and substantial trial preparation including motions in limine, memoranda of contentions, witness lists, exhibit lists, and jury instructions before the Court granted summary judgment on March 27, 2026.

9.     Pursuant to Judge Garnett's Standing Order, attached hereto as Exhibit I are the required fee summary tables: Table 1 sets forth the hours expended by each timekeeper organized by litigation task with applicable rate periods; Table 2 sets forth the hours expended by each timekeeper with applicable rate periods. Courtesy copies of both tables in unrestricted Excel format will be emailed to

3

SPG_Chambers@cacd.uscourts.gov contemporaneously with the filing of this motion.

10.     Pursuant to Local Rule 7-3 and Judge Garnett's Standing Order, I made good-faith efforts to meet and confer with Plaintiff's counsel Vincent Miller of the Law Offices of Vincent Miller regarding the County's anticipated motion for attorneys' fees. On April 2, 2026, I sent Mr. Miller a written communication by email initiating the meet and confer and requesting his availability for call. On April 9, 2026, I sent Mr. Miller a follow-up email again requesting a videoconference at his earliest convenience, including that same day. As of the time of filing, Mr. Miller has not responded to either communication and has not made himself available for the required conference. True and correct copies of my April 2 and April 9, 2026 correspondence to Mr. Miller are attached hereto as Exhibit 2.

11.     The total amount of attorneys' fees sought by this motion is $194,599.00, plus the reasonable fees incurred in preparing and presenting this motion as set forth in a supplemental declaration to be filed upon completion of briefing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2026, at Los Angeles, California.


                                        */s/ Blessing O. Ekpezu*
                                        Blessing O. Ekpezu

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

4