# EXHIBIT 1

Case 2:24-cv-08649-SPG-SK   Document 86-2   Filed 04/10/26   Page 1 of 5   Page ID #:1669

# EXHIBIT 2 TO DECLARATION OF BLESSING EKPEZU
## TABLE 1: SUMMARY OF HOURS BY TASK AND ATTORNEY

| Attorney/Staff | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| *Case Inception & Removal* | | | | |
| Ekpezu, Blessing | Partner | $230 | 26.7 | $6,141.00 |
| Ekpezu, Blessing | Partner | $300 | 3.8 | $1,140.00 |
| Ekpezu, Blessing | Partner | $350 | 10.1 | $3,535.00 |
| Garcia, Roy | Partner | $250 | 0.4 | $100.00 |
| Khalil, Christine | Paralegal/Law Clerk | $100 | 24.8 | $2,480.00 |
| Ortiz, Danielle | Paralegal/Law Clerk | $125 | 2.6 | $325.00 |
| **Task Subtotal** | | | 68.4 | $13,721.00 |
| *Rule 26 / Scheduling & ADR* | | | | |
| Ekpezu, Blessing | Partner | $230 | 16.9 | $3,887.00 |
| Ekpezu, Blessing | Partner | $300 | 0.6 | $180.00 |
| **Task Subtotal** | | | 17.5 | $4,067.00 |
| *Investigation & Witness Interviews* | | | | |
| Ekpezu, Blessing | Partner | $230 | 39.0 | $8,970.00 |
| Ekpezu, Blessing | Partner | $300 | 23.8 | $7,140.00 |
| Ekpezu, Blessing | Partner | $350 | 44.7 | $15,645.00 |
| Hurrell, Thomas | Partner | $350 | 1.0 | $350.00 |
| Khalil, Christine | Paralegal/Law Clerk | $100 | 2.1 | $210.00 |
| Ortiz, Danielle | Paralegal/Law Clerk | $125 | 2.2 | $275.00 |
| **Task Subtotal** | | | 112.8 | $32,590.00 |
| *County's Discovery Propounded* | | | | |
| Ekpezu, Blessing | Partner | $300 | 8.6 | $2,580.00 |
| Ekpezu, Blessing | Partner | $350 | 13.0 | $4,550.00 |
| **Task Subtotal** | | | 21.6 | $7,130.00 |
| *Plaintiff's Discovery Responses* | | | | |
| Ekpezu, Blessing | Partner | $300 | 9.9 | $2,970.00 |
| Ekpezu, Blessing | Partner | $350 | 20.8 | $7,280.00 |
| **Task Subtotal** | | | 30.7 | $10,250.00 |
| *Depositions* | | | | |
| Ekpezu, Blessing | Partner | $300 | 3.0 | $900.00 |

| Ekpezu, Blessing | Partner | $350 | 53.6 | $18,760.00 |
|---|---|---|---|---|
| Turnbull, Jennifer | Paralegal/Law Clerk | $125 | 7.0 | $875.00 |
| **Task Subtotal** | | | 63.6 | $20,535.00 |
| *Expert Retention & Daubert Motions* | | | | |
| Ekpezu, Blessing | Partner | $350 | 51.4 | $17,990.00 |
| Hurrell, Thomas | Partner | $350 | 0.8 | $280.00 |
| Turnbull, Jennifer | Paralegal/Law Clerk | $125 | 0.3 | $37.50 |
| **Task Subtotal** | | | 52.5 | $18,307.50 |
| *Motion for Summary Judgment* | | | | |
| Ekpezu, Blessing | Partner | $350 | 104.5 | $36,575.00 |
| Ortiz, Danielle | Paralegal/Law Clerk | $125 | 0.2 | $25.00 |
| **Task Subtotal** | | | 104.7 | $36,600.00 |
| *Trial Preparation & Motions in Limine* | | | | |
| Ekpezu, Blessing | Partner | $350 | 62.4 | $21,840.00 |
| Hurrell, Thomas | Partner | $350 | 0.7 | $245.00 |
| Ortiz, Danielle | Paralegal/Law Clerk | $125 | 0.3 | $37.50 |
| Turnbull, Jennifer | Paralegal/Law Clerk | $125 | 0.8 | $100.00 |
| **Task Subtotal** | | | 64.2 | $22,222.50 |
| *Mediation* | | | | |
| Ekpezu, Blessing | Partner | $350 | 1.7 | $595.00 |
| **Task Subtotal** | | | 1.7 | $595.00 |
| *Coordination re Co-Defendant Tanner* | | | | |
| Ekpezu, Blessing | Partner | $230 | 14.8 | $3,404.00 |
| Ekpezu, Blessing | Partner | $300 | 0.6 | $180.00 |
| Ekpezu, Blessing | Partner | $350 | 2.4 | $840.00 |
| Hurrell, Thomas | Partner | $350 | 0.8 | $280.00 |
| Khalil, Christine | Paralegal/Law Clerk | $100 | 0.6 | $60.00 |
| **Task Subtotal** | | | 19.2 | $4,764.00 |
| *Status Reports to Client* | | | | |
| Ekpezu, Blessing | Partner | $230 | 7.9 | $1,817.00 |
| Ekpezu, Blessing | Partner | $300 | 7.4 | $2,220.00 |
| Ekpezu, Blessing | Partner | $350 | 11.0 | $3,850.00 |
| **Task Subtotal** | | | 26.3 | $7,887.00 |
| *Case Management & General Correspondence* | | | | |

| | | | | |
|---|---|---|---|---|
| Ekpezu, Blessing | Partner | $230 | 15.5 | $3,565.00 |
| Ekpezu, Blessing | Partner | $300 | 5.5 | $1,650.00 |
| Ekpezu, Blessing | Partner | $350 | 22.4 | $7,840.00 |
| Hurrell, Thomas | Partner | $350 | 0.9 | $315.00 |
| Khalil, Christine | Paralegal/Law Clerk | $100 | 10.1 | $1,010.00 |
| Ortiz, Danielle | Paralegal/Law Clerk | $125 | 0.6 | $75.00 |
| Turnbull, Jennifer | Paralegal/Law Clerk | $125 | 11.8 | $1,475.00 |
| **Task Subtotal** | | | 66.8 | $15,930.00 |
| **GRAND TOTAL** | | | **650.0** | **$194,599.00** |

## TABLE 2: SUMMARY OF HOURS BY ATTORNEY

| Attorney/Staff | Title | Period | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Ekpezu, Blessing | Partner | Oct. 2024–Dec. 2024 | $230 | 120.8 | $27,784.00 |
| Ekpezu, Blessing | Partner | Jan. 2025–Apr. 2025 | $300 | 63.2 | $18,960.00 |
| Ekpezu, Blessing | Partner | May 2025–Mar. 2026 | $350 | 398.0 | $139,300.00 |
| **Subtotal: Ekpezu, Blessing** | | | | 582.0 | $186,044.00 |
| Hurrell, Thomas | Partner | Jul. 2025–Jan. 2026 | $350 | 4.2 | $1,470.00 |
| **Subtotal: Hurrell, Thomas** | | | | 4.2 | $1,470.00 |
| Garcia, Roy | Partner | Oct. 2024 | $250 | 0.4 | $100.00 |
| **Subtotal: Garcia, Roy** | | | | 0.4 | $100.00 |
| Khalil, Christine | Paralegal/Law Clerk | Oct. 2024 | $100 | 37.6 | $3,760.00 |
| **Subtotal: Khalil, Christine** | | | | 37.6 | $3,760.00 |
| Turnbull, Jennifer | Paralegal/Law Clerk | Jan. 2025–Dec. 2025 | $125 | 19.9 | $2,487.50 |
| **Subtotal: Turnbull, Jennifer** | | | | 19.9 | $2,487.50 |
| Ortiz, Danielle | Paralegal/Law Clerk | Feb. 2026–Mar. 2026 | $125 | 5.9 | $737.50 |
| **Subtotal: Ortiz, Danielle** | | | | 5.9 | $737.50 |
| **GRAND TOTAL** | | | | **650.0** | **$194,599.00** |