# EXHIBIT 2

**Blessing Ekpezu**

| | |
|---|---|
| **From:** | Blessing Ekpezu |
| **Sent:** | Thursday, April 9, 2026 2:19 PM |
| **To:** | 'Vincent Miller' |
| **Cc:** | 'James Jirn'; 'Angela Powell'; 'Thurgood M. Wynn'; Thomas Hurrell; Janice Olivares; Elizabeth Ramirez |
| **Subject:** | RE: Jane Doe v. County of Los Angeles, 2:24-cv-08649-SPG(SKx); Meet and Confer – Bill of Costs and Motion for Attorneys' Fees |

Good afternoon, Vince,

Following up on my earlier email. Per Judge Garnett's Standing Order, the meet and confer on this motion must be conducted by videoconference or in person. Please let me know your availability today or tomorrow for a brief call.

Thank you.

Blessing Ekpezu
Partner
bekpezu@hurrell-llp.com

Hurrell-LLP
800 West 6th Street, Suite 700
Los Angeles, CA 90017-2710
Tel: (213) 426-2000
Fax: (213) 426-2020
Web: www.hurrell-llp.com

PLEASE NOTE: Hurrell Cantrall LLP is now Hurrell-LLP.

IMPORTANT NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. This communication may contain material protected by attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at (213) 426-2000 or by reply email to the sender and destroy the original transmission and its contents.

**From:** Blessing Ekpezu
**Sent:** Thursday, April 2, 2026 4:57 PM
**To:** Vincent Miller <vincent@vincentmillerlaw.com>
**Cc:** James Jirn <james@vincentmillerlaw.com>; Angela Powell <amp@jones-mayer.com>; Thurgood M. Wynn <tmw@jones-mayer.com>; Thomas Hurrell <thurrell@hurrell-llp.com>; Janice Olivares <jolivares@hurrell-llp.com>; Elizabeth Ramirez <eramirez@hurrell-llp.com>
**Subject:** Jane Doe v. County of Los Angeles, 2:24-cv-08649-SPG(SKx); Meet and Confer – Bill of Costs and Motion for Attorneys' Fees

Counsel,

Pursuant to L.R. 7-3, I am reaching out to meet and confer regarding Defendant County of Los Angeles's anticipated application for costs and motion for attorneys' fees following the Court's March 27, 2026 Order granting summary judgment in favor of the County.

Please let me know your availability to discuss next week Monday or Tuesday 04/06-04/07.

Thank you.

Blessing Ekpezu
Partner
bekpezu@hurrell-llp.com

Hurrell-LLP
800 West 6th Street, Suite 700
Los Angeles, CA 90017-2710
Tel: (213) 426-2000
Fax: (213) 426-2020
Web: www.hurrell-llp.com

PLEASE NOTE: Hurrell Cantrall LLP is now Hurrell-LLP.

IMPORTANT NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. This communication may contain material protected by attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at (213) 426-2000 or by reply email to the sender and destroy the original transmission and its contents.