HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual, DOES 1-100 inclusive,<br><br>            Defendants. | Case No. 2:24-cv-08649-SPG(SKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988**<br><br>[Assigned to Hon. Sherilyn Peace Garnett, Courtroom "5C"] |

The Motion for Attorneys' Fees of Defendant County of Los Angeles came on regularly for hearing on May 27, 2026, at 1:30 p.m., in Courtroom 5C of the above-entitled Court. The Court, having considered the Motion, the Declaration of Blessing Ekpezu and the exhibits attached thereto, the opposition and reply papers filed, the arguments of counsel, and the record in this action, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion for Attorneys' Fees is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Jane Doe shall pay to Defendant County of Los Angeles attorneys' fees in the amount of **$194,599.00** pursuant to 42 U.S.C. § 1988.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____

Hon. Sherilyn Peace Garnett
United States District Judge