# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Jane Doe |

Name(s) of counsel (if any):

| |
|---|
| Vincent Miller<br>James Jirn<br>Weichen Wang |

Address: 16255 Ventura Blvd., Ste. 625, Encino, CA 91436

Telephone number(s): 213-948-5702

Email(s): vincent@vincentmillerlaw.com, james@vincentmillerlaw.com, vincent.wang@vincentmillerlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| County of Los Angeles |

Name(s) of counsel (if any):

| |
|---|
| Thomas C. Hurrell<br>Blessing O. Ekpezu |

Address: 800 West 6th Street, Suite 700, Los Angeles, CA 90017

Telephone number(s): 213-426-2000

Email(s): thurrell@hurrell-llp.com, bekpezu@hurrell-llp.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s): vincent.wang@vincentmillerlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                                    *New 12/01/2018*