**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>               Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; AARON TANNER, an individual; and DOES 1-00 inclusive,<br><br>          Defendants. | Case No. 2:24-cv-08649-SPG (SKx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [ECF NO. 90]** |

Plaintiff Jane Doe and Defendant Aaron Tanner have entered into a Stipulation of Dismissal with Prejudice.  *See* (ECF No. 90 ("Stipulation")).  Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that Defendant Aaron Tanner is hereby dismissed from this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    **IT IS SO ORDERED.**

DATED:   May 8, 2026

                                     _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE