UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 24-08649-SPG(SKx) | Date: | June 9, 2026 |
|---|---|---|---|

Title:   Jane Doe v. County of Los Angeles et al

Present: The Honorable     **SHERILYN PEACE GARNETT., United States District Judge**

Patricia Gomez
Deputy Clerk                                                Court Reporter

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

**Proceedings:**        **Case closed (JS-6) (IN CHAMBERS)**

The Court previously granted summary judgment and entered judgment in favor of Defendant County of Los Angeles. See (ECF No. 84). The parties subsequently stipulated to dismiss Aaron Tanner from the case as the sole remaining defendant.   See (ECF No. 92). Tanner's dismissal from this action was sufficient to close the case. (JS-6). Therefore, the Court DENIES the pending Motions in Limine (ECF NOS. 69-72, 76) as moot, vacates all case deadlines, and orders the case closed.